grant the application for stay of execution.

No. 97–5311 (A–76). IN RE O'DELL. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 97–5300 (A–74). O'DELL v. ALLEN, GOVERNOR OF VIR-GINIA, ET AL. C. A. 4th Cir. Application for injunction staying the execution of sentence of death, presented to THE CHIEF JUS-TICE, and by him referred to the Court, denied. Certiorari denied.

JULY 25, 1997

No. 96–1880. ANELLO v. ZONING BOARD OF APPEALS OF VIL-LAGE OF DOBBS FERRY ET AL. Ct. App. N. Y. Certiorari dismissed under this Court's Rule 46.1.

JULY 29, 1997

No. 97–5381 (A–85). IN RE WEST. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus and petition for review denied.

No. 97–5348 (A–78). WEST v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 97–5406 (A–89). WEST v. TEXAS BOARD OF PARDONS AND PAROLES ET AL. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.